# UNITED STATES DISTRICT COURT
## Western District of Tennessee

FIL...

05 APR 26 ЫН /˸ ˵

UNITED STATES OF AMERICA
    Plaintiff,

VS.

THOMAS WILLIAM POWELL
    Defendant.

ROBERT R. DI... ˶˵O
CLERK, U.S. DI... ˶ST.
W.D. OF TN, MEMPHIS

Case Number 2:01CR20172-01-D

## JUDGMENT AND COMMITMENT ORDER
## ON SUPERVISED RELEASE VIOLATION
### (For Offenses Committed On or After November 1, 1987)

The defendant, Thomas William Powell, was represented by Mary Catherine Jermann, Esq.

It appearing that the defendant, who was convicted on March 14, 2002, in the above styled cause and was placed on Supervised Release for a period of two (2) years and has violated the terms of Supervised Release.

It is hereby ORDERED and ADJUDGED that the Supervised Release of the defendant be revoked and that the defendant be committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of eight (8) months.

The defendant is remanded to the custody of the United States Marshal.

Signed this the **25ᵗʰ** day of April, 2005.


BERNICE B. DONALD
UNITED STATES DISTRICT JUDGE


Defendant's SS No.: 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
Defendant's Date of Birth: 09/28/1973
U.S. Marshal No.: 15791-076
Defendant's Mailing Address: In Custody


This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on _4-28-05_

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 66 in case 2:01-CR-20172 was distributed by fax, mail, or direct printing on April 28, 2005 to the parties listed.

---

Timothy R. DiScenza
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

PDA
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Mary Catherine Jermann
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT